FILED IN CHAMBERS
U.S.D.C. Atlanta
APR 29 2019
JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FYR SFR BORROWER LLC,

    Plaintiff

v.

SHONDA MARTIN and all other occupants,

    Defendant pro se

CIVIL ACTION FILE NO.
1:19-CV-407-ODE-WEJ

## ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Walter E. Johnson filed January 31, 2019 [Doc. 4] ("R&R"). No objections have been filed.

In the R&R, Judge Johnson recommends that this case be remanded to the Magistrate Court of Douglas County. Remand is warranted because this Court lacks jurisdiction over the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Douglas County, Georgia.

SO ORDERED, this 26 day of April, 2019.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE